RECEIVED
BY MAIL
FEB 13 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District Of Minnesota

Case No. 16-cv-3831(JRT/BRT)

Ronnie Jerome Jackson,

Plaintiff,

Motion For Mediated Settlement Conference And Minitrial

Vs

Jeff Gutzmer, et al.,

Defendants

The above-listed plaintiff hereby moves the Court, pursuant to LR 16.5 (b) and LR 16.5 (c)(3), for a Mediated Settlement Conference and Minitrial between the plaintiff and defendants to be held on May 24, 2019 as the plaintiff will no longer be restricted from requesting such hearings due to Fed.R.Civ.P. 26(a)(1)(B) because the plaintiff will no longer be "in custody" as of May 22, 2019. (emphasis added)

February 10, 2019

Submitted By,

[signature]

Ronnie Jackson - Plaintiff
#239471
970 Pickett St. N.
Bayport, MN 55003

SCANNED
FEB 13 2019
U.S. DISTRICT COURT MPLS