RECEIVED
BY MAIL
FEB 13 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court,

2-10-19

Enclosed please find a motion and declaration of service to be filed before the Court.

Please send confirmation when the enclosed documents are filed.

Thank You,

[signature]

Ronnie Jackson-Plaintiff

SCANNED
FEB 13 2019
U.S. DISTRICT COURT MPLS