Legal Mail

**NOTICE:** Mailed from a **MN CORRECTIONAL FACILITY**
Name: Ronnie Jackson
OID#: 239471
Address: 970 Pickett St. N.
City/State/Zip: Bayport, MN 55003

U.S. POSTAGE PITNEY BOWES
ZIP 55003 $ 001.00⁰
02 1W
0001396993 FEB. 11. 2019

RECEIVED
BY MAIL
FEB 13 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ATTN: Clerk of Court
United States District Court
District Of Minnesota
Office Of The Clerk
U.S. Courthouse, Suite # 202
300 South 4th St.
Minneapolis, MN 55415

SCANNED
FEB 13 2019
U.S. DISTRICT COURT MPLS

LEGAL MAIL