# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronnie Jerome Jackson, III, | Civ. No. 16-3831 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Jeff Gutzmer, Michelle Smith, Tammy Wherley, and Natalie Liesman, in their individual capacities; Tom Roy, in his official capacity, | |
| Defendants. | |

Plaintiff filed a motion for a mediated settlement conference. This motion (Doc. No. 102) is **DENIED** without prejudice. Plaintiff may renew this motion in the event Defendants' pending motion for summary judgment is not granted in its entirety.

Dated: February 20, 2019.                    *s/ Becky R. Thorson*
                                             Becky R. Thorson
                                             United States Magistrate Judge